**FULL NAME** Salvador Venegas

**COMMITTED NAME (if different)**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION** P.O. Box 5246 - CSATF
Corcoran, CA · 93212

**PRISON NUMBER (if applicable)** #BM0201

First Amended Complaint

FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Salvador Venegas,
PLAINTIFF,

v.

Chad Bianco, et. al.,
DEFENDANT(S).

**CASE NUMBER** 5:20-CV-01359-JLS-SHK
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? __4__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1) Venegas v. California Dept. of Corrections, Case No. 05-1727 (Southern Dist. 2005);

2) Venegas v. Sniff, et. al., Case No. EDCV-18-02293-JLS-SHK;

3) Venegas v. Bianco et. al. Case No. EDCV-19-01260-JLS-SHK;

4) Venegas v. Bianco et. al. Case No. EDCV-19-1557-JLS-SHK.

a. Parties to this previous lawsuit:
Plaintiff **SALVADOR VENEGAS**

Defendants **CALIFORNIA DEPT. OF CORRECTIONS**

b. Court **SOUTHERN DISTRICT OF CALIFORNIA, U.S. DIST. COURT.**

c. Docket or case number **05-1127 (2005)**
d. Name of judge to whom case was assigned **IRMA GONZALEZ**
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **DISMISSED, LACK OF PROSECUTION**
f. Issues raised: **CONDITIONS OF CONFINEMENT, DUE PROCESS**

g. Approximate date of filing lawsuit: **2005**
h. Approximate date of disposition **2005**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **SALVADOR VENEGAS**
(print plaintiff's name)
who presently resides at **CALIFORNIA SUBSTANCE ABUSE TRAINING facility**,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**ROBERT PRESLEY DETENTION CENTER IN RIVERSIDE, CA.**
(institution/city where violation occurred)

on (date or dates) __*PLEASE SEE ATTACHED*__ , _____ , _____ .
                           (Claim I)                      (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __*PLEASE SEE ATTACHED PAGES*__ resides or works at
                     (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

2. Defendant _____ resides or works at
                     (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
                       (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _PLEASE SEE ATTACHED_ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

(SEE ATTACHED PAGES)

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(SEE ATTACHED PAGES)

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

WHEREFORE, THE PLAINTIFF PRAYS THAT THIS COURT GRANT THE following RELIEF:

(a) ADJUDGE AND DECLARE THAT THE ACTS, OMISSIONS, POLICIES, AND CONDITIONS DESCRIBED ABOVE ARE UNCONSTITUTIONAL AND UNLAWFUL;

(b) PRELIMINARILY AND PERMANENTLY ENJOIN DEFENDANTS COUNTY AND PCSD, THEIR AGENTS, EMPLOYEES AND ALL PERSONS ACTING IN CONCERT WITH THEM, FROM INFRINGING PLAINTIFF'S FIRST AMENDMENT RIGHTS AS DESCRIBED IN THE ABOVE-MENTIONED PARAGRAPHS;

(c) AWARD PLAINTIFF COSTS OF THIS SUIT AND LITIGATION EXPENSES;

(d) RETAIN JURISDICTION OF THIS CASE UNTIL DEFENDANTS HAVE FULLY COMPLIED WITH THE ORDERS OF THIS COURT, AND THERE IS REASONABLE ASSURANCE THAT DEFENDANT WILL CONTINUE TO COMPLY IN THE FUTURE ABSENT CONTINUING JURISDICTION;

(e) AWARD SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

10-26-21
(Date)

_Salvador Vinegas_
(Signature of Plaintiff)

## I. INTRODUCTION

1. THIS IS A CIVIL ACTION AUTHORIZED PURSUANT 42 U.S.C. §1983, TO REDRESS THE DEPRIVATION OF RIGHTS, UNDER COLOR OF STATE LAW, SECURED BY THE UNITED STATES' CONSTITUTION.

2. THE COURT HAS LAWFUL JURISDICTION UNDER 28 U.S.C. §1343.

3. THE PLAINTIFF SALVADOR VENEGAS ("PLAINTIFF") HEREBY SEEKS PUNITIVE AND COMPENSATORY DAMAGES AGAINST ALL DEFENDANTS NAMED HEREIN.

4. THE PLAINTIFF SEEKS DECLARATORY AND INJUNCTIVE RELIEF PURSUANT 28 U.S.C. §§ 2201, 2202, 2283, 2284.

5. THE CENTRAL DISTRICT OF CALIFORNIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. §1391(b)(2), BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THE CLAIMS OCCURRED.

6. THE PLAINTIFF INITIATES THE INSTANT COMPLAINT PRO SE AND IN FORMA PAUPERIS.

## II. PLAINTIFF

7. PLAINTIFF HAD BEEN AT ALL TIMES MENTIONED HEREIN, AN INMATE UNDER THE CUSTODY AND CONTROL OF THE RIVERSIDE COUNTY SHERIFF'S DEPARTMENT ("RCSD").

8. PLAINTIFF IS CURRENTLY INCARCERATED AT CSATF IN CORCORAN, CA. PLAINTIFF HAS BEEN CONVICTED AND SENTENCED TO STATE PRISON IN CALIFORNIA.

9. PLAINTIFF ALLEGES THAT HE WAS DEPRIVED OF HIS FIRST AND FOURTEENTH AMENDMENT RIGHTS BY DEFENDANTS IMPLEMENTING POLICIES AND PRACTICES THAT DELIBERATELY AND CAPRICIOUSLY CENSORED PLAINTIFF'S ACCESS TO PUBLIC INFORMATION, "UNDER COLOR OF STATE LAW."

7

## III. DEFENDANTS

10. Each Defendant is sued in his or her official capacity at all times mentioned in this complaint. Thus, each Defendant acted under color of law. As such he/she caused, created, condoned, authorized, ratified, approved or knowingly acquiesced in the illegal and unconstitutional actions, policies, customs and practices that prevail within the RCSD, Corrections Division. He/she has therefore caused the injuries and violations of constitutional rights set forth herein.

11. Defendant County of Riverside ("County") operates five local jails/centers of detention within the RCSD. The County is responsible for ensuring that jail policies do not violate individuals substantive and procedural due process rights. Address: 4080 Lemon St. 1st floor, Riverside, CA. 92501.

12. Defendant RCSD is employed by the County and mandated to follow all local, state and federal laws, to which govern its policies and procedures. Address: 4095 Lemon St. Riverside, CA. 92501.

13. Defendant Misha Graves is employed by the RCSD, assigned as Chief Deputy, and is responsible for all policies written and implemented officially and unofficially. Address: 4095 Lemon St. Riverside CA. 92501

14. Defendant Daniel Hedge is employed by RCSD, assigned as Captain, the Robert Presley Detention Center ("RPDC") facility administrator. Address: 4095 Lemon St, Riverside, CA. 92501.

8.

15. Defendant Steve Taylor is employed by RCSD, assigned as Correctional Lieutenant of the Classification Unit at RPDC. Address: 4095 Lemon St. Riverside, CA. 92501

16. Defendant Perry Sexson is employed by RCSD, assigned as Correctional Sergeant of the Classification Unit at RPDC. Address: 4095 Lemon St. Riverside, CA. 92501.

## IV. Factual Allegations

17. On 9-12-19, Plaintiff submitted a grievance challenging a directive "ordered" by Defendants Graves and Hedge regarding the censorship of the local newspaper: The Press-Enterprise. The articles were being censored to deprive Plaintiff of information regarding Plaintiff's civil litigation.

18. The local newspapers are purchased by the Inmate Welfare Funds (IWF) for the inmates, pursuant California Penal Code § 4025.

19. Defendant RCSD Policy 501.18 states: Newspapers are defined as: A newspaper is one of "general circulation" if it circulates among the general public and if it publishes news of general character or general interests. Further... it must contain items of general interest to the public such as news of political, religious, commercial, or social affairs.

20. Defendants RCSD, County, Graves, Hedge, Taylor and Sexson, acting in concert, on several occasions, censored articles due to containing legal, political and social information which scrutinize and critisize

9.

THE RCSD AND THEIR ILLEGAL PRACTICES, SPECIFICALLY IN THE "OPINION" SECTION OF THE NEWSPAPER.

21. ON 9-30-19, DEFENDANT SEXSON PROVIDED THE FOLLOWING WRITTEN RESPONSE TO PLAINTIFF'S GRIEVANCE APPEAL: "GRIEVANCE SUBMITTED ON 9-12-19 WAS ADDRESSED ON 9-19-19 BY SERGEANT SHARP." SERGEANT SHARP HAD INFORMED PLAINTIFF THAT THROUGH AN "ADMINISTRATIVE DIRECTIVE" ISSUED BY DEFENDANTS GRAVES AND HEDGE, ARTICLES THAT CRITICIZE THE RCSD WILL BE REMOVED AND PROHIBITED TO BE POSSESSED BY INMATES.

22. ON 10-10-19, DEFENDANT TAYLOR PROVIDED THE FOLLOWING WRITTEN RESPONSE: "THE FACILITY WILL OCCASIONALLY REMOVE ARTICLES OR SECTIONS OF THE NEWSPAPER, AS IT DEEMS IS PERTINENT OR SAFETY AND SECURITY OF THE FACILITY AND INMATES."

23. DEFENDANT RCSD HAS THE PRACTICE OF CITING "SAFETY AND SECURITY" AS A PRETEXT FOR EVERYTHING. THE CUSTOM PRACTICE OF RHETORICAL AND OVERBROAD GENERIC ASSERTIONS, WITHOUT ANY JUSTIFIABLE INTERESTS IN CENSORING PUBLIC INFORMATION CONTAINED IN NEWSPAPERS.

24. ON 10-14-19, PLAINTIFF SUBMITTED HIS FINAL APPEAL TO DEFENDANT HEDGE. HOWEVER, NO RESPONSE WAS PROVIDED.

25. DEFENDANTS COUNTY, RCSD, GRAVES, HEDGE, TAYLOR AND SEXSON EXECUTED CENSORSHIPS ON THE FOLLOWING ARTICLES INTENDED TO SUPPRESS INFORMATION, ON THE FOLLOWING DATES: 9-1-19, 9-8-19, 9-22-19, 11-10-19, 11-17-19, 11-24-19, 12-1-19, 12-8-19, 12-29-19, 1-5-20, 1-26-20, 2-23-20, 3-8-20, 4-2-20, 4-8-20, 5-17-20, 5-24-20.

-10-

CLAIMS FOR RELIEF
FIRST CAUSE OF ACTION
(FIRST AMENDMENT - CENSORSHIP)

26. PLAINTIFF INCORPORATES BY REFERENCE EACH AND EVERY ALLEGATION CONTAINED AS IF SET FORTH HEREIN.

27. PLAINTIFF REFERS TO THE PRECEDING PARAGRAPHS, THAT THE following VIOLATIONS OF PLAINTIFF'S CONSTITUTIONAL RIGHTS WERE COMMITTED BY DEFENDANTS COUNTY, RCSD, GRAVES, HEDGE, TAYLOR AND SEXSON, WHOM ACTED "UNDER COLOR OF STATE LAW."

28. UNDER THE FIRST AMENDMENT OF THE U.S. CONSTITUTION PEOPLE IN JAIL ARE GUARANTEED THE RIGHT TO CHALLENGE RESTRAINTS ON THE RIGHT TO PURCHASE, RECEIVE AND READ ANY AND ALL NEWSPAPERS, PERIODICALS AND BOOKS.

29. DEFENDANTS COUNTY AND RCSD, EXPLICITLY CITE PENAL CODE §2601 AND THORNBURGH V. ABBOTT (1989) 490 U.S. 401. THUS THEY AWARE OF INMATE RIGHTS, AND HAVE DELIBERATELY ELECTED TO INFRINGE UPON THOSE RIGHTS. (RCSD POLICY 507.09)

30. DEFENDANTS COUNTY AND RCSD HAVE ARBITRARILY AND CAPRICIOUSLY DENIED ARTICLES WHICH CRITICIZE THE COUNTY AND RCSD.

31. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

SALVADOR VENEGAS
PLAINTIFF, PRO SE
DATED: 10-26-21

PROOF OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
SALVADOR VENEGAS V. CHAD BIANCO, ET.AL.
CASE NO. 5:20-CV-01359-JLS-SHK

By U.S. mail: FIRST AMENDED COMPLAINT
I SALVADOR VENEGAS DECLARE:
I DECLARE THAT I AM OVER 18 YEARS OF AGE.
I AM THE PRO SE INCARCERATED LITIGANT IN
THE ABOVE-CITED CASE. I CAUSED THE
ABOVE-ENTITLED COMPLAINT TO BE MAILED TO
THE U.S. DISTRICT COURT AT:
    COURT CLERK
    U.S. DISTRICT COURT, CENTRAL DISTRICT
    3470 TWELFTH ST.
    RIVERSIDE, CA. 92501

    I DECLARE UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE UNITED STATES
OF AMERICA THAT THE FOREGOING IS TRUE
AND CORRECT.

                              SALVADOR VENEGAS

DATED: 10-26-21

SALVADOR VENEGAS #BM0201
P.O. BOX 5246 - USATF
CORCORAN, CA. 93212

LEGAL MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 1 2021
CENTRAL DISTRICT OF CALIFORNIA

COURT CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 TWELFTH ST
RIVERSIDE, CA. 92501

