UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>          Defendants. | Case No. 5:20-cv-01359-JLS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), the Motion to Dismiss ("MTD"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1) the MTD is partially GRANTED, such that Plaintiff's official capacity claims against Defendants Misha Graves, Daniel Hedge, Steve Taylor, and Perry Sexson, as well as Plaintiff's claims for injunctive relief are DISMISSED with prejudice; and

2) the MTD is partially DENIED, insofar as Defendants moved to dismiss Plaintiff's First Amendment censorship claim.

Dated: October 25, 2022

HONORABLE JOSEPHINE L. STATON
United States District Judge