UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 5:20-cv-01359-JLS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the Motion for Summary Judgment ("MSJ"), the briefing related to the MSJ, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the R&R to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that the MSJ is GRANTED and that Judgment be entered DISMISSING this action with prejudice.

Dated:  November 5, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　United States District Judge