JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>          Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>          Defendants. | Case No. 5:20-cv-01359-JLS-SHK<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 5, 2023

                                    HONORABLE JOSEPHINE L. STATON
                                    United States District Judge